# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

08CV1137
JUDGE LEFKOW
MAG. JUDGE SCHENKIER

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** South Beach Securities, Inc

**County of Residence:**

**Plaintiff's Atty:**

**Defendant(s):**

**County of Residence:**

**Defendant's Atty:**

**II. Basis of Jurisdiction:**  1. U.S. Gov't Plaintiff

F I L E D

FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**III. Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:- N/A
Defendant:- N/A

**IV. Origin :**  1. Original Proceeding

**V. Nature of Suit:**  422 Appeal 28 USC 158

**VI. Cause of Action:**  Notice of Appeal

**VII. Requested in Complaint**

    **Class Action:**
  **Dollar Demand:**
    **Jury Demand:**

**VIII. This case IS NOT a refiling of a previously dismissed case.**

**Signature:** _(signed)_

**Date:** 2/25/08

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note:** You may need to adjust the font size in your browser display to make the form print properly.     Revised: 06/28/00