FILED
FEB 2 9 2008 NH
FEB 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
PH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08 CV 1137 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan Humphrey Lefkow |
| Mississippi corporation, | ) | |
| | ) | Hearing: Thurs., March 6, 2008 |
| Debtor. | ) | at 9:30 a.m. |

### APPELLANT LEON GREENBLATT'S MOTION TO EXTEND TIME TO FILE APPELLATE BRIEF, SET BRIEFING SCHEDULE AND EXCUSE COMPLIANCE WITH RULE FOR COPYING THE RECORD

Leon Greenblatt, *pro se*, moves this Court to extend the time by which he may file his brief in support of appeal, set a briefing schedule and excuse compliance with the rule requiring him to photocopy for the Clerk's office all documents designated for the record in this appeal.

1. On January 14, 2008, Mr. Greenblatt filed a notice of appeal of (i) the Bankruptcy Court's order dated November 1, 2007 denying confirmation of South Beach Securities, Inc.'s plan of reorganization, and (ii) the Bankruptcy Court's order dated January 2, 2008 dismissing this bankruptcy case.

2. The appeal was transmitted to the District Court on or about February 25, 2008.

3. Mr. Greenblatt previously appealed to the District Court the November 1, 2007 bankruptcy court order. That appeal was no. 07 cv 6614 and was assigned to Judge Lefkow. Judge Lefkow dismissed the appeal without prejudice to enable the Bankruptcy Court to dismiss the underlying Chapter 11 case.

4. At the hearing on dismissal of the previous appeal, this Court informed the parties that they would not have to re-file all designated documents when a new appeal was initiated.

Accordingly, with his designation of items for the record in this appeal, Appellant provided the Clerk's Office with hard copies of only the newly designated documents.

5.  Appellant now requests excuse from compliance with the requirement for photocopying of all designated documents but seeks for all documents designated in the previous appeal to be included in the record for this appeal in accordance with his designation.

6.  In addition, to avoid any complications over deadlines, Mr. Greenblatt now requests that a briefing schedule be set so that he can be made aware of the upcoming deadlines.

WHEREFORE, Leon Greenblatt prays for this Court (i) to extend the time by which he may file his appellate brief, (ii) set a briefing schedule, (iii) excuse compliance with the rule requiring photocopying of all documents designated for the record, and (iv) such other relief as this Court deems just and proper.

Leon Greenblatt, pro se