FILED
FEB 29 2008
FEB 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08 CV 1137 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan Humphrey Lefkow |
| Mississippi corporation, | ) | |
| | ) | Hearing: Thursday, March 6, 2008 |
| Debtor. | ) | at 9:30 a.m. |

## NOTICE OF MOTION

TO: See Attached List

PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 9:30 a.m., or as soon thereafter as may be heard, I shall appear before The Honorable Joan Humphrey Lefkow in courtroom 1925, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois or before any other Judge who may be sitting in her stead, and shall then and there present the attached Motion to Extend Time to File Appellate Brief, Set Briefing Schedule and Excuse Compliance with Rule for Copying the Record, a copy of which accompanies this notice.

_____
LEON GREENBLATT, pro se

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the Motion to Extend Time to File Appellate Brief, Set Briefing Schedule and Excuse Compliance with Rule for Copying the Record was caused to be served via first class mail properly addressed and postage prepaid to all parties on the attached Service List, on this 29 day of February, 2008.

_____
LEON GREENBLATT, pro se
330 South Wells, Suite 711
Chicago, IL 60606

## SERVICE LIST

M. Gretchen Silver
Cameron M. Gulden
Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Jonathan T. Mann
79 W. Monroe Street
Suite 1222
Chicago, IL 60603

Louis Bernstein
Colleen E. McManus
Much Shelist Denenberg
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606