UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Leon Greenblatt
　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01137
　　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

　　　MINUTE entry before the Honorable Joan H. Lefkow:On March 6, 2008 this case was consolidated with Case No. 08 C 1135. No response to motion of the United States Trustee to dismiss pro se appeal of Leon Greenblatt III in Case No. 08 C 1135 having been filed, pursuant to the order of April 15, 2008 the motion of the United States Trustee to dismiss pro se appeal of Leon Greenblatt III is granted. Case dismissed. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.