## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1137 | **DATE** | 6/3/2008 |
| **CASE TITLE** | In Re: South Beach Securities, Inc. | | |

**DOCKET ENTRY TEXT**

The order of 5/16/2008 is vacated and this order is entered in its place. No response to motion of the United States Trustee to dismiss pro se appeal of Leon Goldblatt III having been filed, pursuant to the order of 4/15/2008, the motion of the U.S. Trustee to dismiss pro se appeal of Leon Goldblatt III is granted. Case No. 08 C 1837 is dismissed. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|