# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1137 | **DATE** | 6/26/2008 |
| **CASE TITLE** | In Re: South Beach Securities, Inc. | | |

**DOCKET ENTRY TEXT**

The minute order of 6/3/2008 is amended to correct a clerical error, only to make the correction that Case No. 08 C 1137 *(not Case No. 08 C 1837)* is dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|